Filed 6/16/15  P. v. Crist CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

|  |  |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>LAWRENCE WILLIAM CRIST<br><br>    Defendant and Appellant. | 2d Crim. No. B260931<br>(Super. Ct. No. 2014013414)<br>(Ventura County) |

Lawrence William Crist appeals a judgment following his guilty pleas to transporting methamphetamine (Health & Saf. Code, § 11379, subd. (a)) and possession of a firearm by a felon (Pen. Code, § 29800, subd. (a)(1)).  He admitted he had four prior felony convictions.  He was sentenced to eight years eight months in state prison.  He filed an appeal.

We appointed counsel to represent Crist on this appeal.  After examination of the record, his counsel filed an opening brief requesting the court to make an independent review under *People v. Wende* (1979) 25 Cal.3d 436.

On May 6, 2015, we advised Crist that he had 30 days within which to personally submit any contentions or issues that he wished us to consider.  No response has been received to this date.  After examination of the record, we are satisfied that

Crist's attorney has fully complied with her responsibilities and that no arguable issues exist.  (*People v. Wende, supra,* 25 Cal.3d at pp. 441, 443.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P.J.


We concur:



YEGAN, J.



PERREN, J.

Patricia Murphy, Judge

Superior Court County of Ventura

_____

Suzan E. Hier, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.